United States District Court
for the District of Columbia

**FILED**
JUN 30 2008
Clerk, U.S. District and Bankruptcy Courts

Iceade A Awogbade
69-09 Bankrun.
Terrace District Height MD.
20747.

Case: 1:08-cv-01120
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/30/2008
Description: Pro Se General Civil

**RECEIVED**
JUN 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS

Sheriff Officers.
08 73. Department of Corrections.
Prince Georges County Maryland.
Free mont investments County. Phone Number.
I 95 Exit 28. (866) 770-3807.
Silver spring. Copt Complaint.

Excess Property.

Relief Requesting for :- Money, Job, Independent, from Lack from embarrassment of the Police officers, from Molestation, from Homeless. from Sedating. from Murder. Falstul Prophesying by Loud voice - Craziness. Healthy from Job with no payments. Life Lack of Help from Relationship Friends Money as much as Millions upward



Because was billed indirectly
Dollars Millions to Billions.

Ikeade A Awosode
69-09 Bankrun terrace
District Height,
P. G County
20747.

United State District Court
For the District of Columbia.

Ikeade A Awogbade. 69-09 Bemeun terrace
Karen Bolivard. District
Height. MD. 20747
vs
301-442-9961.
P.G Correction office.

Defendants Name
Sherif 0823. P.G County, MD. Giants.
with Heavy equipment.
& Freemont investment.
Gonedbullets
1(866) 770-3887.
etc.
Law Suit
Excess Property

08 02-18-08
Arrested 12:10.

My House was Originally bought by me Ikeade A Awogbade 2004. from Long & Foster, Maintain by HSBC mortgage Company - it was transferd to Freemont investment. A whole money throught my life was invested on it. at list $2000.00 almost monthly before I was killed or sedated in the House. I police was in state of kommer.

When was arrested 2008. 02-10-08, to Correction Dept. PGC. Since I was been embarrassed my the sheriff & Police officer. I was beaten like a thief during the arrest. While was deep sleep. Brutaly Hot a lot of mark all over my body. Under - O: December Cold. time, no attention of 911.

after the service. with they stole Bank card keys etc. no release of my Address. Everything I bought was paid for with their Locks on it. No open by sheriffs or Police. I was warned to

Eaten was difficult changing of my clothing difficult. Money was realy difficult. There was no help, even Family. Mosty I stayed in Union Station. The Condition was real Calamity. I am just trying to wake up a Little. from Sedating of the weapon gas inhaling and Lot of food poison & the insanity of that dealt since 2006 or05. PLs I need Help of A good Lawyer for all the Criminal cases, Murder & Molestation, Rape, bitten up etc. Thanks Crazyness. this People Decide A Hospital course me.

live the Premises the whole Karen Blvd- with nothing. Steep in subway metro wks (before Homeless Charity Shelta) ~~tey~~ was luged into 2d. Washington DC.

Money - no
Job - no
Help - No, so far. Wake 5:30am with Light on my eyes Yelling of the coordinators and ~~Homeless~~ mates. Last work June 2006. American my Care giver as a CNA. Del. William Car was Ceased by some attitude Police, every exit. $200. or more into District Height court. my Item beLonging was Confiscated by sheriffs at I need HeLp. PLs thanks.

Key for the House & Money. & my good Health. thanks a way from <u>embarrassment attitudes</u> of the Police Officers the & the <u>Handcuffs</u>. Nose.

{ Jobless
Moneyless
Molestations
Raping
Poisons. }

Conditions.

*Ikeade A. Awoyoko* (signature)

DEPARTMENT OF CORRECTIONS
PRINCE GEORGE'S COUNTY, MARYLAND
COUNTY CORRECTIONAL CENTER

0873

## INTAKE PROPERTY FORM

Name: Awogbade Ikeade   D.O.B.: 02-07-63   Sex: F   Race: B

Intake Type: New   Admit date: 02-?-08   Admit Time: 1210

Prop. Loc.: _____   Inmate I.D.: 232-?-?-6   Inmate #: ___

| Ref. No. | Desc. | Quantity | Ref. No. | Desc. | Quantity |
|---|---|---|---|---|---|
| 01 | Shirt white | | 07 | Pants | |
| 02 brown | Coat | | 08 blue | Shoes | left |
| 03 Red | Shorts | | 09 | T-Shirt | |
| 04 | Socks | | 10 | Hat | |
| 05 | Sweater | | 11 | Bras | |
| 06 | Belt | | 12 | Tie | |

[ ] Excess Property

All property other than that which is being worn at the time of your arrival must be picked up by a designated person within a 60 day period or it will be disposed of in accordance with County Administrative Procedure.

Further, I hereby give permission to the Prince George's County Department of Corrections to inspect all packages and mail received by me while I am incarcerated in the Correctional Center and/or under its supervision for the purpose of detecting contraband.

_____
Inmate's Signature

_____
Officer's Signature

08 1120
**FILED**

JUN 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

P.G.C. FORM #3617 (Rev. 7/91)      DOC Form #5-SEC-42 (Rev. 6/91)

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
IKEADE A. AWOSBADE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88888_
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE W/PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
P.G. Co. Sheriff, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01120
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/30/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
■ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ■ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ■ NO    If yes, please complete related case form.

DATE 6/30/08   SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd