**FILED**
JUN 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IKEADE A. AWOGBADE,              )<br>)<br>Plaintiff,              )<br>)<br>v.              )<br>)<br>PRINCE GEORGE'S COUNTY SHERIFF              )<br>and DEPARTMENT OF CORRECTIONS,              )<br>)<br>Defendants.              ) | Civil Action No. 08 1120 |

## MEMORANDUM OPINION AND ORDER

Before the Court is the *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis*. The Court will, however, dismiss the complaint without prejudice as to the third named defendant, Freemont Investments.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). One of the purposes of Rule 8 is to ensure that a defendant has fair notice of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

With respect to Freemont Investments, this complaint fails to meet the requirements of Rule 8(a). The complaint alleges that Freemont Investments held the mortgage on plaintiff's home, but does does not allege against Freemont Investment any wrong-doing. Therefore, the defendant will be unable determine the nature of the claim being made and respond

appropriately. Accordingly, as to Freemont Investments only, the Court will dismiss the complaint without prejudice for failure to comply with Rule 8(a).

## CONCLUSION AND ORDER

For the reasons stated above, it is hereby

**ORDERED** that the plaintiff's application to proceed *in forma pauperis* be, and hereby is, GRANTED. It is further

**ORDERED** that, as to the defendant Freemont Investments, only, this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

Date: 6/23/2008

Ricardo M. Urbina
United States District Judge