**U.S. Department of Justice**
**United States Marshals Service**



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
District of Columbia

TO: Prince George's County Sheriff
Department of Corrections
County Correctional Center
13400 Dille Drive
Upper Marlboro, MD 20772

Civil Action, File Number  08-1120 RMU

Ikeade A. Awogbade
v.
Prince George's County Sheriff, Et Al

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within     days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within     days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

8/4/08

8-4-08  U.9.-         08-1120         Signature (USMS Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

PG's County Sheriff Department of Corrections
County Correctional Center
13400 Dille Drive
Upper Marlboro, MD 20772

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _C. Reid_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)  M. Reid
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   address below: ☐ No

☒ Certified Mail   ☐ Express Mail
☒ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 1140 0002 9851 3836

PS Form 3811, February 2004   Domestic Return Receipt

...D COMPLAINT
...he complaint in the above captioned
...ntity/Authority to Receive

USM Form-299
Rev 10/03
Automated 10/03